UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAMELA TAYLOR SMILEY | CIVIL ACTION |
| VERSUS | NO. 24-116 |
| SAM'S WEST, INC. | SECTION "E" (4) |

FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

COMES NOW THE PLAINTIFF, PAMELA TAYLOR SMILEY, supplementing and amending her Original Complaint For Damages, to-wit:

1. Paragraph Sixteen (16) of the Original Complaint For Damages is supplemented and amended by adding the following:

    A. *More particularly, plaintiff is disabled, whether partially or totally, from gainful employment because of the injuries received in the above-described accident. At present, the ultimate duration and extent of that disability from gainful employment is not known, inasmuch as the course of diagnostic testing, evaluation and testing is ongoing and has no foreseeable end. Definitive medical testing and treatment have not occurred yet.*

    B. *Plaintiff has been seen and treated by several different health care providers for her injuries received in the aforedescribed accident, incurring medical expenses, which are expected to continue and exceed fifty-thousand dollars ($50,000) total.*

    C. *Plaintiff suffers from and has been diagnosed as having various injuries and*

> *conditions related to the aforedescribed accident, including, but not limited to painful and disabling left-sided cervical radiculopathies, bilateral cervical facet joint syndrome and neurological and orthopaedic pathologies that the treating physician opines qualify the plaintiff as a candidate for radio frequency ablation procedures, which must be repeated periodically and which ultimately would be expected to result in a cost of at least $50,000.*
>
> D. *Radiographic testing, including cervical spine Magnetic Resonance Imaging (MRI) reveals the plaintiff to have osteophytic complex, bilateral facet arthropathy and other discal pathologies at several levels of the cervical spine, those pathologies having been in part aggravated by the accident at issue and in part resulting from new injuries associated with the accident at issue.*
>
> E. *The painful and disabling cervical and other injuries received by the plaintiff in the aforesaid accident have necessitated the use of various pain relief medications and treatments, <u>inter alia,</u> Hydrocodone, Lidocaine patches and Tylenol 3.*

2. In all other regards, the claims, allegations, representations and demands of the Original Complaint For Damages are adopted as if copied herein, *in extenso.*

WHEREFORE, the plaintiff, PAMELA TAYLOR SMILEY, prays that the defendant, SAM'S WEST, INC., be served with the original and the above and foregoing Complaints For Damages; that defendant be cited to appear and answer same, and that after all delays and proceedings had, there be judgment rendered herein in favor or the plaintiff, and against the defendant, for all sums reasonable under the circumstances and

in the premises, in amounts to be determined at trial. Furthermore, plaintiff prays for legal interest on all sums awarded, along with recoverable costs, and all general and equitable relief.

Respectfully Submitted:

Clayton Law Firm, LLC

/s/ Ben E. Clayton

_____
Ben E. Clayton, T.A., LSBA No. 17512
**ben@claytonlawfirmllc.com**
Joshua P. Clayton, LSBA 34488
**josh@claytonlawfirmllc.com**
Brett P. Percle, LSBA No. 40555
**brett@claytonlawfirmllc.com**
ATTORNEYS FOR THE PLAINTIFF,
PAMELA TAYLOR SMILEY
Suite No. 101
893 Brownswitch Road
Slidell, Louisiana 70458
(985) 863-3065 voice
(985) 863-7707 facsimile

CERTIFICATE OF SERVICE

This certifies that on the 30th day of January, 2024, the foregoing pleading was filed electronically with the Clerk of Court, using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ Ben E. Clayton
_____
Ben E. Clayton